# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Phillips,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04CV96

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/21/05 Order.

June 27, 2005

FRANK G. JOHNS, CLERK

BY: *Susan Hankins*

Susan Hankins, Deputy Clerk